UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFERY M. MEYERS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01329-ERW |
| ) | |
| EUGENE STUBBLEFIELD, et al., ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Subpoena Evidence [doc. #11]. Plaintiff requests copies of: 1) Plaintiff's Medical Records from Barnes Jewish dated May 5, 2006; 2) Plaintiff's Medical Records from St. Louis City Justice Center; 3) Lab reports from the sex crimes unit of St. Louis Metropolitan Police Department; 4) Incident report involving an incident that took place on May 27, 2006, between Plaintiff and Darrell Nelson from St. Louis City Justice Center; and 5) Inmate Handbook from St. Louis Justice Center. The Plaintiff also requests this Court to subpoena a number of witnesses. The Defendants responded to Plaintiff's request by asserting that they have provided the Plaintiff with the entire contents of his file at the St. Louis Justice Center, which included: 1) medical file; 2) custody evaluation; 3) incident report; and 4) Booking Data Sheet.

As Defendants assert they have provided the Plaintiff with all the information requested, this Court orders that the Plaintiff file with the Court, within thirty (30) days, a specific list of categories of documents that he claims he has not received from any source which he claims Defendants can supply. Plaintiff's request to subpoena witnesses is denied at this time. In the

1

event that the witnesses are needed by the Plaintiff, either for deposition or as witnesses at trial, the matter will be considered at that time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Meyers' Motion to Subpoena Evidence [doc. #11] is **DENIED**. The Plaintiff has thirty (30) days to provide this Court with a list of categories of documents that he has not received from any source which Defendants can supply.

Dated this 2nd Day of April, 2007.

                                                  E. RICHARD WEBBER
                                                  UNITED STATES DISTRICT JUDGE