UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFERY M. MEYERS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01329 ERW |
| ) | |
| EUGENE STUBBLEFIELD, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Joint Motion to Seal Documents [doc. 27].

Defendants request that this Court seal Defendants' Supplemental Motion for Summary Judgment [doc. #28], Supplemental Statement of Supporting Facts [doc. #29], and Memorandum in Support [doc. #30], as they contain the personal information of Plaintiff Meyers and Inmate Derrell Nelson. The Court has reviewed the documents, and agrees that they are appropriately filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Joint Motion to Seal Documents [doc. #27] is **GRANTED**.

Dated this 31st Day of March, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1